## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                        Case No. 19-01329

TRAVINIA ITALIAN KITCHEN AT                   Chapter 7
CHARLOTTESVILLE, LLC

       Debtor

---

### ORDER GRANTING REINHART FOODSERVICE, LLC'S MOTION FOR ALLOWANCE AND IMMEDIATE PAYMENT OF 503(b)(9) CLAIM

On Motion of Reinhart Foodservice, LLC ("Reinhart"), for allowance of an administrative expense claim in the amount of Forty-One Thousand Seven Hundred Fifty-Seven and 83/100ths ($41,757.83) Dollars and immediate payment of the same, pursuant to U.S.C. § 503(b)(9) for the value of certain goods, in the form of food and food products, sold by Reinhart and received by Debtor within twenty (20) days prior to the commencement of this case (the "Motion"), the Motion being noticed, no objection to the Motion being timely filed, and good cause appearing therefore, now, therefore, it is hereby

ORDERED that the Application is hereby granted, and Reinhart be and hereby is allowed an administrative expense claim pursuant to U.S.C. § 503(b)(9) in the amount of Forty-One Thousand Seven Hundred Fifty-Seven and 83/100ths ($41,757.83) Dollars and Trustee is directed to pay said claim no later than the closing of the sale of Debtor's assets.

**FILED BY THE COURT**
**05/01/2019**



                                  US Bankruptcy Judge
                                  District of South Carolina

Entered: 05/01/2019