# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

**Case Number 19-01329 -HB**

**ORDER AUTHORIZING SALE OF ASSETS**

The relief set forth on the following page, for a total of 3 pages, including this page, is hereby **ORDERED**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 19-01329 |
|---|---|
| Travinia Italian Kitchen at Charlottesville, LLC | CHAPTER: 7 |
| | ORDER AUTHORIZING SALE OF ASSET |
| DEBTOR | |

    This proceeding comes before the Court on the application of John K. Fort, Trustee for authority to sell free and clear of liens the estate's interest in all scheduled assets of the Debtor except cash, cash equivalents and any avoidance actions under the Bankruptcy Code (including actions under 11 U.S.C. §547 and 11 U.S.C. §548), to include, but not limited to all furniture, fixtures, equipment, inventory, intellectual property, and leases, filed March 7, 2019 (docket #6).

    The Court has been informed that all parties in interest have been notified of the intention to sell said property and that no objection to the proposed sale has been received or filed by any party with the Court, except by Reinhart Foodservice, LLC (docket #23). Reinhart Foodservice, LLC has an administrative claim and has reached an agreement with the purchaser and withdraws its objection. Reference is made to the Order of Settlement with Reinhart Foodservice, LLC (docket #34). The Trustee has represented to the Court that such sale is in the best interest of creditors of the estate. The Trustee has informed the Court that liens claimed by SunTrust and American Express should be paid from the sale as provided in the Notice and Application for Sale of Property Free and Clear of Liens

    Bluevine/First Corporate Solutions, a secured creditor has consented to the sale and will participate as a general unsecured creditor. Reference is made to the Order of Settlement (docket #35).

    It is therefore,

    ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to sell and to convey the estate's interest in the above-described property, and that the liens and administrative claims claimed by the above-named creditors shall be paid from the proceeds as provided in the Notice and Application to Sell Free and Clear of Liens and Orders of Settlement referenced above,

    AND IT IS SO ORDERED.

19-01329, Travinia Italian Kitchen at Charlottesville, LLC

Order Authorizing Sale of Asset

We Consent:


_/s/ Robert C. Byrd_____
Robert C. Byrd
Parker, Poe, Adams & Bernstein LLP
200 Meeting Street, Suite 301
Charleston, SC 29401-3156
SunTrust Bank


__/s/ Zach Cohen_____
Zach Cohen
401 Warren Street
Redwood City, CA 94063-1578
First Corporate Solution/Bluevine


_/s/ Donna Faye Shetley_____
Donna Faye Shetley
Johnson, Smith, Hibbard and Wildman Law Firm
PO Drawer 5587
Spartanburg, SC 29304-5587
Reinhart Foodservice, LLC


__/s/ Ken W. Kleppinger_____
Ken W. Kleppinger
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355
American Express


__/s/ John K. Fort, _____
John K. Fort
Chapter 7 Trustee
P.O. Box 789
Drayton, SC 29333

- 3 -

- 4 -